UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | |
| v. | No. 19-CR-609 (KMK) |
| MATTHEW DEGROAT, | MOTION SCHEDULING ORDER |
| Defendant. | |

KENNETH M. KARAS, United States District Judge:

At the Conference on February 26, 2020, the Court adopted the following scheduling order:

Defendants shall file any motions by no later than April 24, 2020. The Government shall file opposition papers by no later than May 29, 2020. Defendants shall file reply papers by no later than June 12, 2020. Sur-reply papers will not be accepted unless prior permission of the Court is given.

Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

Time is excluded from the Speedy Trial Act until April 24, 2020 in the interests of justice as explained on the record of February 26, 2020. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: February 27, 2020
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE