# Green & Willstatter

**MEMO ENDORSED**

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

March 30, 2021

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Re: *United States v. Matthew DeGroat*
> 19-cr-609 (KMK)

Dear Judge Karas:

With regard to the sentencing of Matthew Degroat, scheduled for April 6, 2021, the defense requests that this sentence be in person. Should an adjournment be required for this purpose, I respectfully ask that the Court avoid the following dates or times: the morning of April 7 and 9, April 12, the afternoon of April 21, and May 3.

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)

*Granted. The sentence will go forward on 4/20/2021 at 11:30 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/1/2021