Case 7:19-cr-00609-KMK   Document 54   Filed 12/18/23   Page 1 of 1

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

MEMO ENDORSED

December 18, 2023

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

    re: *United States v. Matthew DeGroat*, 19-cr-609 (KMK)

Dear Judge Karas:

    This letter is an application to appoint undersigned counsel pursuant to the Criminal Justice Act (CJA) to represent Matthew DeGroat in a motion to reduce his sentence pursuant to retroactive provisions of Amendment 821 of the U.S. Sentencing Guidelines Manual. Mr. DeGroat is serving an aggregate 70-month prison term and remains in custody.[1]

    The Federal Defenders of New York, which has been screening cases for eligibility, has advised me that Mr. DeGraot appears to be eligible for relief under the retroactivity provisions for Amendment 821. On October 21, 2023, Hon. Laura Taylor Swain, C.J., issued Standing Order M10-468. That order appointed the Federal Defenders of New York to represent any defendant previously entitled to appointment of counsel in connection with determination of eligibility under Amendment 821 and any motion for sentence reduction under the amendment. The Federal Defender office has asked whether I would be willing to represent Mr. DeGroat in a motion to reduced his sentence and I have advised that I would be willing to do so. CJA attorneys "who previously were appointed to represent defendants may, upon the CJA attorney's request, resume their appointment to investigate and pursue any similar claim for their clients."

Granted.

So Ordered
/s/
12/18/23

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

---

[1] The Court imposed a 46-month term under indicment 19-cr-609. The Court also imposed 24-month sentences for each of two violations of supervised released under indictments 16-cr-192 and 14-cr-530, which ran concurrently with each other but consecutively to 19-cr-609.